| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Vivian Hocog Lizama**

**USDC Cr. Cs. 00-00019**

**SS#: 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**
**DOB: 09-17-1961**



**Height: 5 ft 3 in**
**Weight: 147 lbs.**

DATE November 23, 2005
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
　　　　(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO　　**Guam**

LEAVING　**November 25, 2005**　AND RETURNING　**November 28, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To purchase household supplies for residence in Susupe, Saipan.**

SPECIAL INSTRUCTIONS:　(INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
　　　　　　　　　　　ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Guam;**
**2. You shall call your probation officer as soon as you are aware of the need to remain away from Saipan, Northern Mariana Islands, for a longer period than authorized;**
**3. You shall call your probation officer if you change accommodation/location; and**
**4. You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME　　N/A
ADDRESS _____
　　　　 _____

**Margarita DLG. Wonenberg**
UNITED STATES PROBATION OFFICER

[X] APPROVED　　[ ] DISAPPROVED

_Alex R. Munson_
Judge
Designated District Judge
District of Guam

# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS
### PROBATION OFFICE

**Frank Michael Cruz**
Chief Probation Officer

| **Main Office** | **N.M.I. Office** |
|---|---|
| 2nd Floor, U.S. courthouse | Horiguchi Building Rm. 4D |
| 520 West Soledad Ave. | P.O. Box 502089 CK |
| Hagåtña, Guam 96910 | Saipan, MP 96950 |
| Tel: (671) 473-9201 | Tel: (670) 236-2990/1 |
| Fax: (671) 473-9202 | Fax: (670) 236-2992 |

November 23, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court
District Northern Mariana Islands
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

      RE:    **LIZAMA, VIVIAN HOCOG**
                **USDC Cr. Cs. No.: 00-00019**

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

      Vivian Hocog Lizama was sentenced on October 3, 2000 for the offense of Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §841(a)(1). Following release from imprisonment, she was ordered to serve three years supervised release with conditions that she participate in a program for treatment of narcotic addiction or drug or alcohol dependency, refrain from use of any alcoholic beverage, refrain from possession of any narcotic or controlled substances unless prescribed by a licensed medical practitioner, seek and maintain employment, and perform 300 hours of community service. On October 2, 2002, the defendant was ordered to serve 100 hours community service and ordered to submit to a mental health treatment program. On April 16, 2004, the defendant's supervised release was revoked and a term of 24 months imprisonment was imposed followed by 12 months supervised release. On August 25, 2005 the defendant was released to home confinement under the Bureau of Prison's Pre-Release Program. On September 30, 2005, she completed the home confinement program and commenced her term of supervised release.

Travel Request Information
Re: Lizama, Vivian H.
USDC Cr. Cs. No. 00-00019-001
November 14, 2005
Page 2

On November 14, 2005, Ms. Lizama submitted a request to travel to Guam on November 25, 2005. Ms. Lizama is currently under Phase I of the Substance Abuse Treatment Program which requires a minimum of six drug tests and four counseling sessions per month. Ms. Lizama performs her community service hours on Wednesdays through Fridays at the Department of Lands and Natural Resources. She is compliant with the community service program. She paid her special assessment fee of $100 on October 3, 2000.

Ms. Lizama is requesting the Court's permission to travel to Guam on November 25, 2005 to purchase household supplies for her residence in Susupe, Saipan. While on Guam, Ms. Lizama will stay with her niece, Evonnie Hope Hocog, at the Apusento Gardens Apartment C1-11 in Mangilao, Guam, at telephone number 671-477-2460. Ms. Lizama will be on travel status from November 25, 2005 to November 28, 2005 when she is expected to return to Saipan, Commonwealth Northern Mariana Islands. This officer supports her travel request for the dates noted above and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File