```
                              F I L E D
                                 Clerk
                             District Court

                             JAN 1 2 2007

                        For The Northern Mariana Islands
                        By_____
                                 (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00019-001 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | APPLICATION AND ORDER FOR |
| Vivian Hocog Lizama, | ) | RELEASE OF PASSPORT |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, U.S. Passport Number 120050673, which was a condition of pretrial release. Ms. Lizama successfully completed her term of supervised release on September 29, 2006.

Dated this __11th__ day of January, 2007.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the defendant.

Dated this __12TH__ day of January, 2007.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands